MAUDE E. BROWN and Another, as Administrators, etc., of HATTIE O. BOND,

Deceased, Respondents, v. Gertrude Washburn, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Davis, Crouch and Taylor, JJ.